# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                      NO. 4:05CR00328-001 SWW

JAMES JERMAINE JORDAN

### ORDER

Before the Court is defendant's motion to be released pending sentencing stating that the government has no objection to defendant being released on the condition of home detention. Therefore, the Court finds that defendant's motion should be granted.

IT IS THEREFORE ORDERED that defendant's motion for release on conditions hereby is granted, and defendant shall be released from custody immediately under the following conditions:

1. Defendant shall be released to home detention for 24 hours per day, 7 days per week.

2. Defendant may not leave home for any purpose, including visits to his mother, without prior approval from the U. S. Probation Office. Defendant must obtain verification that his mother is hospitalized before the Probation Office will consider any requests to visit her.

IT IS SO ORDERED this 8th day of August, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE